

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LIONEL DALTON MURPHY, JR.,        §
                                  §
              Petitioner,         §
                                  §
VS.                               §   NO. 4:06-CV-299-A
                                  §
NATHANIEL QUARTERMAN,             §
DIRECTOR, TEXAS DEPARTMENT        §
OF CRIMINAL JUSTICE,              §
CORRECTIONAL INSTITUTIONS         §
DIVISION,                         §
                                  §
              Respondent.         §

O R D E R

Came on for consideration the above-captioned action wherein

Lionel Dalton Murphy, Jr. is petitioner and Nathaniel Quarterman,

Director, Texas Department of Criminal Justice, Correctional

Institutions Division, is respondent is respondent.  This is a

petition for writ of habeas corpus filed pursuant to 28 U.S.C. §

2254.  On June 29, 2006, the United States Magistrate Judge

issued his proposed findings, conclusions, and recommendation,

and ordered that the parties file objections, if any, thereto by

July 29, 2006.  Copies of the proposed findings, conclusions, and

recommendation were sent to petitioner and respondent.  Because

timely objections have not been filed, the court accepts the

proposed findings, conclusions, and recommendation of the United

States Magistrate Judge.  Therefore,

The court ORDERS that the petition be, and is hereby,

dismissed.

SIGNED August 4, 2006.

_____
JOHN McBRYDE
United States District Judge

2